UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:11-cr-00012-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Thomas Grandville Alston | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 45 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the **2** day of **December**, 2011.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE