IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

5:11-CR-12-D1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO |
| V. | ) | SEAL |
| | ) | |
| THOMAS GRANDVILLE ALSTON | ) | |

UPON MOTION of the Defendant, it is hereby ORDERED that Docket Entry Number 50 and its accompanying order in the above-captioned case be sealed by the Clerk.

IT IS FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

SO ORDERED. This 7 day of December 2011.

JAMES C. DEVER III
Chief United States District Judge